IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUADALUPE SOLIS ALVAREZ,

    Petitioner,                 No. CIV S-09-199 MCE EFB

    vs.

G. ADAMS,

    Respondent.             <u>FINDINGS AND RECOMMENDATIONS</u>

/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 14, 2009, petitioner filed an application for a writ of habeas corpus. On January 15, 2009, he filed a second application. The court has compared the applications in these cases, and finds that they are identical. Petitioner should proceed on the action he initially commenced.

    Accordingly, it is RECOMMENDED that this action be dismissed.[1]

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

---

[1] In light of this resolution, the court need not address petitioner's motion to proceed *in forma pauperis* and motion to appoint counsel.

1

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 6, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE